UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES CARSON, Personal
Representative of the NANCY
ANN THOMAS ESTATE,

      Plaintiff,                          Case No. 16-14079

v.                                    HON. GEORGE CARAM STEEH

LAWRENCE CHILKEWITZ, an individual,
and as Personal Representative/Trustee
of Peter Chilkewitz Estate/Trust,
ROB CARSON, an individual, and
JAMES CARSON, an individual,

      Defendants.
_____/

ORDER VACATING DEFAULT JUDGMENT AND
<u>DISMISSING COMPLAINT FOR LACK OF JURISDICTION</u>

      On June 11, 2019, the court issued an order to show cause to Plaintiff, with a response date of June 25, 2019. The show cause order provided Plaintiff the opportunity to explain why the court should not vacate the default judgment pursuant to Federal Rule of Civil Procedure 60(b)(4) and dismiss this action for lack of subject matter jurisdiction. Plaintiff has not filed a response to the order to show cause.

      As discussed in its June 11 order, the court has determined that it lacks subject matter jurisdiction over this action. Accordingly, IT IS

HEREBY ORDERED that the clerk's entry of judgment by default, entered May 19, 2017 (Doc. 25) is VACATED.

IT IS FURTHER ORDERED that Plaintiff's complaint is DISMISSED for lack of subject matter jurisdiction.

Dated: July 10, 2019

                            s/George Caram Steeh
                            GEORGE CARAM STEEH
                            UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on July 10, 2019, by electronic and/or ordinary mail and also on James Carson, Personal Representative of the Nancy Ann Thomas Estate, 31237 Pierce, Garden City, MI 48135.

                s/Barbara Radke
                  Deputy Clerk